# CRIMINAL MINUTE ENTRY

DIF

**DOCKET NUMBER:** 10-CR-68(SJ)(SMG)

Date Received By Docket Clerk: _____   Docket Clerk Initials: _____

**BEFORE JUDGE:** Gold for Johnson   **DATE:** 10/19/10   **TIME:** 10:17

**CRIMINAL CAUSE FOR** Suppression Hearing   **TIME IN COURT** 0 HRS 10 MINS

**DEFENDANT'S NAME:** Katosh Pantoliano   **DEFENDANTS #** 1

[✓] Present   [ ] Not Present   [✓] Custody   [ ] Not Custody

**DEFENSE COUNSEL:** Charles S. Hochbaum

[✓] Present   [ ] Not Present   [ ] Federal Defender   [✓] CJA   [ ] Retained

**DEFENDANT'S NAME:** _____   **DEFENDANTS #** _____

[ ] Present   [ ] Not Present   [ ] Custody   [ ] Not Custody

**DEFENSE COUNSEL:** _____

[ ] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [ ] Retained

**DEFENDANT'S NAME:** _____   **DEFENDANTS #** _____

[ ] Present   [ ] Not Present   [ ] Custody   [ ] Not Custody

**DEFENSE COUNSEL:** _____

[ ] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [ ] Retained

**A.U.S.A.:** Ali Kazemi / Celia Cohen   **PRETRIAL/PROBATION OFFICER** _____

**CASE MANAGER OR MAGISTRATE CLERICAL** Ben Welikson

**COURT REPORTER: OR ESR OPERATOR** _____   **TAPE LOG** FTR# 10:17-10:27

**INTERPRETER:** _____   **LANGUAGE:** _____

## Select the Type of Hearing or Trial    CONTESTED [✓] YES   [ ] NO

| | | |
|---|---|---|
| [ ] Allocution Hearing | [ ] In Camera Hearing | [ ] Plea and Sentence |
| [ ] Arraignment | [ ] In Chambers Conference | [ ] Preliminary Examination |
| [ ] Attorney Appointment Hearing | [ ] Initial Appearance | [ ] Preliminary Revocation Hearing |
| [ ] Bench Trial | [ ] Initial Appearance-Material Witness | [ ] Pretrial Conference |
| [ ] Bond Forfeiture Hearing | [ ] Initial Appearance-Revocation Proceedings | [ ] Pro Se(Faretta) Hearing |
| [ ] Bond Hearing | [ ] Initial Appearance-Rule 5(c)(3) | [ ] Psychiatric Report Hearing |
| [ ] Bond Rrevocation Hearing | [ ] Forfeiture Hearing | [ ] Remand Hearing |
| [ ] Change of Plea Hearing | [ ] Franks Hearing | [ ] Revocation of Probation - Final Hearing |
| [ ] Competency Hearing | [ ] James Hearing | [ ] Revocation of Supervised Release-Final Hearing |
| [ ] Curcio Hearing | [ ] Jury Selection | [ ] Rule 44© Hearing |
| [ ] Daubert Hearing | [ ] Jury Trial | [ ] Scheduling Conference |
| [ ] Detention Hearing | [ ] Jury Trial-Death Penalty Phase | [ ] Sentencing |
| [ ] Detention Hearing Material Witness | [ ] Jury Trial-Sentence Enhancement Phase | [ ] Show Cause Hearing |
| [ ] Discovery Hearing | [ ] Markman Hearing | [ ] Status Conference |
| [ ] Dispositional Hearing (Juvenile) | [ ] Material Witness Hearing | [✓] Suppression Hearing |
| [ ] Docket Call | [ ] Motion Hearing | [ ] Telephone Conference |
| [ ] Evidentiary Hearing | [ ] Motion Hearing-Material Witness | [ ] Voir Dire |
| [ ] Extradition Hearing | [ ] Motions No longer Referred | |
| [ ] Fatico Hearing | [ ] Motions Referred Upon Consent to Magistrate Judge Disposition | |
| [ ] Forfeiture Hearing | [ ] Nebbia Hearing | [ ] Other (please specify) |
| [ ] Detention Hearing | [ ] Omnibus Hearing | |
| [ ] Hearing Out-Of-Jury Presence | [ ] Plea Agreement Hearing | |

## Select the action.

[ ] Began   [ ] Held   [✓] Continued   [✓] Completed   [ ] Scheduled for

**Date:** _____   **Time** _____   **FOR** _____

**Type of Hearing**

**SHOULD THIS CALENDAR BE SEALED          [ ] YES     [✓] NO**

**UTILITIES**

| | | |
|---|---|---|
| [ ]~Util-Add Terminate Attorneys | [ ]~Util-Document Unsealed | [ ]~Util-Set/Reset Deadlines/Hearings |
| [ ]~Util-Bond-Set/Reset | [ ]~Util-Exparte Matter | [ ]~Util-Set/Reset Hearings |
| [ ]~Util-Case Sealed | [ ]~Util-Indictment Unsealed | [ ]~Util-Set/Reset Motion & R&R Deadlines/Headlines |
| [ ]~Util-Case Unsealed | [ ]~Util-Information Unsealed | [ ]~Util-Terminate Motions |
| [ ]~Util-Counts To Be Tried Separately | [ ]~Util-Interpreter Appointed | [ ]~Util-Terminate Partiest |
| [ ]~Util-Defendant Severed From Co-Defendants | [ ]~Util-Plea Entered | |
| [ ]~Util-Document Sealed | [ ]~Util-Set/Reset Deadlines | |

**Period of Excludable Delay/ Speedy Trial Start:**_____
**Period of Excludable Delay/ Speedy Trial Stop:**_____

**CODE TYPE:** Please Circle

| | | | |
|---|---|---|---|
| XA- Competency/Capacity Exam | XC- Trial on Other Charges | XD- Interlocutory Appeal | XE- Pretrial Motions |
| XF- Transfer Proceedings | XG- Motion under Advisement | XH- Miscellaneous Proceedings | XI- Prosecution deferred |
| XJ- Transportation from Other District | XK- Proposed Plea Agreement | XM- Unavailable Witness/Defendant | XN- Incompetency |
| XP- Superseding Indictment/charges | XR- Awaiting Trial of Co-Defendant | XT- Interest of Justice | XU-Withdrawal of Guilty Plea |
| XW- Grand Jury Indictment Tim extension | | | |

**DOCKET CLERK SHALL ENTER UTILITY EVENT** *SPEEDY TRAIL EXLUDABLE DELAY- START & SPEEDY TRIAL EXCLUDABLE DELAY-STOP*

**Do these minutes contain ruling(s) on motion(s)?** ❏ YES    [✓] NO

MOTION[S] TYPE and DOCUMENT NUMBER OF MOTION RULED ON:


**TYPES OF DECISIONS**

| | | |
|---|---|---|
| [ ]Adopting Report & Recommendation as to | [ ]Granting | [ ]Taking Under Advisement |
| [ ]Adopting in Part on Report & Recommendation as to | [ ]Granting In Part and Denying In Part | [ ]Temporarily Denying |
| [ ]Deferring Ruling on | [ ]Rescinding | [ ]Temporarily Granting |
| [ ]Denying | [ ]Settling | [ ]Temporarily Granting In Part and Denying In Part |
| [ ]Dismissing | [ ]Striking | [ ]Terminating |
| [ ]Entered | [ ]Submitted | [ ]Vacating |
| [ ]Finding as Moot | [ ]Sustaining | [ ]Withdrawing |

TEXT:

~~Briefing schedule on motion~~

- Supplemental briefing schedule. Defense motion due 11/8/2010. Government's reply due 11/15/2010. Oral argument before Judge Gold set for 11/19/2010 at 11:00 AM in courtroom 13D.