# RICHARD B. LIND

ATTORNEY AT LAW

488 MADISON AVENUE

19TH FLOOR

NEW YORK, N.Y. 10022

---

TELEPHONE (212) 888-7725

FACSIMILE (212) 371-2961

E-MAIL: rlindesq@aol.com

WEBSITE: www.richardlindlawyer.com

October 13, 2011

**By ECF**

Hon. Sterling Johnson, Jr.
United States District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    United States v. Pantoliano
                10 CR 68 (SJ)

Dear Judge Johnson:

    I am the CJA attorney for defendant Pantoliano in the above-referenced case. His sentencing is scheduled for October 28, 2011. In light of defendant's recent letter falsely criticizing me, I believe there now exists a conflict between us that prevents me from representing defendant at sentencing. Accordingly, I request a conference the week of October 17, 2011 to consider this issue.

    Thank you for the Court's consideration of this letter.

Very truly yours,

Richard B. Lind

cc: AUSA Celia Cohen (by ECF)