CAC
F.#2010R00123

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   -against-

KATOSH PANTOLIANO,

     Defendant.
- - - - - - - - - - - - - - - - - X

O R D E R
10-CR-068 (S-2) (SJ)

   Upon the November 18, 2011 oral application of Philip R. Katowitz, Esq., attorney for the above-named defendant, for an Order requiring the Metropolitan Detention Center to provide a mental health evaluation prior to sentencing,

IT IS HEREBY

   **ORDERED,** that the defendant, KATOSH PANTOLIANO, register number 77941-053, will be examined by a New York State licensed psychologist for the purpose of preparing a psychiatric or psychological examination report to be filed with the Court in aid of sentencing no later than January 15, 2012; and it is further ordered

   **ORDERED** that copies of any medical, psychiatric and/or psychological reports filed with the Court be provided to Assistant United States Attorney Celia A. Cohen, 271 Cadman Plaza

East, Brooklyn, New York 11201, and Philip R. Katowitz, 320

Seventh Avenue, PMB #255, Brooklyn, New York 11215.

Dated:     Brooklyn, New York
           December 1₃, 2011

                              /s/(SJ)
                              _____
                              THE HON. STERLING JOHNSON
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK