# MANDATE

E.D.N.Y.-Bklyn
10-cr-68
Johnson, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of June, two thousand twelve.

Present:

Ralph K. Winter,
Denny Chin,
Christopher F. Droney,
*Circuit Judges*.

_____

In re Katosh Pantoliano

_____

Katosh Pantoliano, AKA "K",

*Petitioner*,

v.                                                                    12-1639

United States of America,

*Respondent*.

_____

Petitioner, *pro se*, has filed a petition for a writ of mandamus ordering his counsel, appointed pursuant to the Criminal Justice Act, to withdraw from his criminal case. Additionally, Petitioner moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion for leave to proceed *in forma pauperis* is GRANTED for the purpose of filing the mandamus petition. It is further ORDERED that the mandamus petition is DENIED as moot, because Petitioner's counsel has withdrawn and Petitioner is currently proceeding *pro se* on direct appeal in this Court and in the district court proceedings.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-GEA

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



**MANDATE ISSUED ON 08/14/2012**